AP-77,021
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/30/2015 12:35:13 PM
Accepted 1/30/2015 2:29:43 PM
ABEL ACOSTA
CLERK

No. AP-77,021

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

**NAIM RASOOL MUHAMMAD,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

## STATE'S MOTION FOR LEAVE TO FILE BRIEF EXCEEDING WORD LIMIT

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, respectfully requests leave to file a brief exceeding the 37,500-word limit. In support of this motion, the State would show the following:

**I.**

Appellant is confined pursuant to the judgment and sentence of Criminal District Court No. 4 of Dallas County, convicting him of the capital murder of his two sons. On May 23, 2013, the jury answered the special issues so as to support the imposition of a death sentence, and the trial court sentenced him to death.

1

Appeal to this Court is automatic. After requesting two extensions, appellant filed his brief on August 21, 2014. The State's brief was originally due on September 20, 2014, but the deadline was extended until today, January 30, 2015. The State timely tenders its brief along with this motion. The State's brief is 37,663 words in length excluding table of contents, index of authority, statement regarding oral argument, statement of the case, signature, certificate of compliance, and certificate of service. *See* Tex. R. App. P. 9.4(i)(1).

## II.

Rule 9.4(i)(2)(A) of the Texas Rules of Appellate Procedure provides that a brief on direct appeal in a death penalty case is limited to 37,500 words if computer-generated. Rule 9.4(i)(4), however, provides that this Court may, on motion, permit a longer brief. The State respectfully requests permission to exceed the word limit for the following reasons:

Appellant's brief contains 54 issues and is 138 pages long. Nearly half of the issues pertain to jury selection, all of which required an in-depth analysis of each of the specified jurors' responses on their questionnaires and during individual voir dire. Additionally, several of the issues contained in appellant's brief contain conclusory statements but not a full application of the law to the facts. The State has attempted to fully address the merits of appellant's claims in addition to its

2

arguments regarding preservation and harm. The State responded with brevity where possible. That said, given the serious nature of the case and the issues presented, a factual and legal analysis of some depth was required.

For all of the foregoing reasons, counsel respectfully requests leave to file a brief that exceeds the word limit provided in Tex. R. App. P. 9.4(i)(2)(A).

## III.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests the Court grant the State's request for leave to file a brief exceeding the word limit.

Respectfully submitted,

/s/ Jaclyn O'Connor Lambert

**Susan Hawk**
**Criminal District Attorney**
Dallas County, Texas

**Jaclyn O'Connor Lambert**
**Assistant District Attorney**
State Bar No. 24049262
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3625
(214) 653-3643 fax
joconnor@dallascounty.org

## CERTIFICATE OF SERVICE

I certify that a true copy of this motion was served on appellant's attorney, John Tatum, 990 S. Sherman St, Richardson, Texas 75081, jtatumlaw@gmail.com, via eFile and email on January 30, 2015.

/s/ Jaclyn O'Connor Lambert

Jaclyn O'Connor Lambert